**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSE JESUS GONZALEZ PULIDO #A246-415-596** | **CASE NO.  1:26-CV-00551 SEC P** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **DEPT OF HOMELAND SECURITY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**<u>MEMORANDUM ORDER</u>**

On February 23, 2026, a petition for writ of habeas corpus was filed by the plaintiff.  On February 24, 2026, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the petition on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on February 23, 2026, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this 17th day of April, 2026.

_____
Thomas P. LeBlanc
United States Magistrate Judge